# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00427-CR

**James Earl, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CR-18-501959, THE HONORABLE DIMPLE MALHOTRA, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

James Earl seeks to appeal the trial court's order of deferred adjudication. However, the clerk's record does not contain the necessary trial court certification of Earl's right of appeal. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification).

Accordingly, we abate this appeal and remand the cause to the trial court for entry of a certification of Earl's right of appeal. *See id*. R. 25.2(a)(2). A supplemental record containing the trial court's certification shall be filed with this Court no later than October 27, 2023. *See id.* R. 34.5(c)(c).

It is ordered on September 27, 2023.

Before Chief Justice Byrne, Justices Kelly and Theofanis

Abated and Remanded

Filed:   September 27, 2023

Do Not Publish